# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JUAN MALDONADO,

        Plaintiff,

v.                               **Case No: 6:18-cv-2095-Orl-28DCI**

GOLDEN SAJ, LLC,

        Defendant.

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 19). The assigned United States Magistrate Judge submitted a Report (Doc. 20) recommending that the motion be granted in part and denied in part. The parties filed a Joint Notice of Non-Objection to the Report (Doc. 21).

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Motion to Dismiss the Case with Prejudice (Doc. 19) is **GRANTED in part and DENIED in part.** The Motion is **GRANTED** to the extent that the Court finds the Settlement Agreement is a fair and reasonable resolution of Plaintiff's Fair Labor Standard Act claims. The Motion is **DENIED** in all other respects.

3.  This case is dismissed with prejudice.

4.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 20, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties